BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-MC-00091-WBS-CKD |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $18,968.62 IN U.S. CURRENCY, and | |
| WHITE METAL RING WITH CLEAR STONES, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimant Michael Andrew Kane ("claimant"), by and through their respective counsel, as follows:

1.     On or about May 30, 2013, claimant Michael Andrew Kane filed a claim in the administrative forfeiture proceeding with the U.S. Drug Enforcement Administration with respect to the Approximately $18,968.62 in U.S. Currency ("defendant currency") and a White Metal Ring with Clear Stones ("defendant jewelry"), which were seized on February 21, 2013.

2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency and the defendant jewelry as required by law in

the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and the defendant jewelry and/or to obtain an indictment alleging that the defendant currency and the defendant jewelry are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is August 28, 2013.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to November 26, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and the defendant jewelry and/or to obtain an indictment alleging that the defendant currency and the defendant jewelry are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and the defendant jewelry and/or to obtain an indictment alleging that the defendant currency and the defendant jewelry are subject to forfeiture shall be extended to November 26, 2013.

Dated: 8/28/13

BENJAMIN B. WAGNER
United States Attorney

By: Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

Dated: 8/27/13

/s/ William J. Portanova
WILLIAM J. PORTANOVA
Attorney for claimant
Michael Andrew Kane

(Signature authorized by email)

**IT IS SO ORDERED**.

Dated: August 29, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time